IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:07-CR-00086-D
No. 7:10-CV-177-D

| MICHAEL KENTA DAVIS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

After reviewing the claims presented in the habeas petition in light of the applicable standard, the court determines that reasonable jurists would not find the court's treatment of any of Michael Kenta Davis's claims debatable or wrong, and none of the issues are adequate to deserve encouragement to proceed further. Accordingly, the court DENIES a certificate of appealability. See 28 U.S.C. § 2253(c).

SO ORDERED. This  8  day of February 2012.

JAMES C. DEVER III
Chief United States District Judge